K.R. JONES, Petitioner–Appellant,

v.

Warden JETT, Federal Medical Center, Rochester, MN (or current Warden), Respondent–Appellee.

No. 13–7478.

United States Court of Appeals,
Fourth Circuit.

Submitted: Jan. 23, 2014.

Decided: Jan. 27, 2014.

K.R. Jones, Appellant pro se. Christina Ann Kelley, Bureau of Prisons, Butner, North Carolina, for Appellee.

Before WILKINSON and DIAZ, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

K.R. Jones, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Jones v. Warden Jett,* No. 5:12–hc–02123–FL, 2013 WL 4670285 (E.D.N.C. Aug. 30, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*